# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 20, 2013

## NO. 03-12-00300-CR

**Guadalupe Padilla, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE 167TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE JONES, JUSTICES ROSE AND GOODWIN
## AFFIRMED -- OPINION BY JUSTICE GOODWIN

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, because it is the opinion of this Court that there was no error in the trial court's order denying Padilla's motion for additional DNA testing: **IT IS ORDERED, ADJUDGED AND DECREED** by the Court that the trial court's order denying Padilla's motion for additional DNA testing is in all things affirmed; and it appearing that the appellant is indigent and unable to pay costs, that no adjudication as to costs is made; and that this decision be certified below for observance.